1

2

3                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
4                            AT TACOMA

5

6    STEVEN GEHRMAN,

7                        Plaintiff,            Case No. 3:15-cv-05229-KLS

8        v.                                    ORDER GRANTING PLAINTIFF'S
                                               APPLICATION TO PROCEED IN
9    CAROLYN W. COLVIN, Acting                 FORMA PAUPERIS
     Commissioner of Social Security,
10

11                       Defendant.

12

13        Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff

14   does not appear to have funds available to afford the $400.00 Court filing fee.

15        DATED this 16th day of April, 2015.

16

17

18

19

20                                        Karen L. Strombom
                                          United States Magistrate Judge
21

22

23

24

25

26

ORDER - 1